Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11421−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bryan Steven Venezia
18 Mountain View Court
Hamburg, NJ 07419

Suzanne Michelle Venezia
18 Mountain View Court
Hamburg, NJ 07419

Social Security No.:
xxx−xx−7744                                                                 xxx−xx−1007

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       5/3/18
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Dean G. Sutton

COMMISSION OR FEES
6040.00

EXPENSES
146.64

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 3, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Bryan Steven Venezia  
Suzanne Michelle Venezia  
    Debtors

Case No. 18-11421-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin            Page 1 of 2                Date Rcvd: Apr 03, 2018
                          Form ID: 137          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
```
db/jdb         +Bryan Steven Venezia,   Suzanne Michelle Venezia,   18 Mountain View Court,
                 Hamburg, NJ 07419-2414
517293126      +Amex Dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
517293127      +Barclays Bank Delaware,   P.o. Box 8803,   Wilmington, DE 19899-8803
517293128     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
517293129      +Capital One,   Po Box 26625,   Richmond, VA 23261-6625
517344899       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517293130       Children's Specialized Hospital,   PO Box 48066,   Newark, NJ 07101-4866
517293131      +Comenity Bank/mandee,   Po Box 182789,   Columbus, OH 43218-2789
517293132      +Comenity Bank/nwyrk&co,   PO Box 182125,   Columbus OH 43218-2125
517293133      +Comenitybank/venus,   Po Box 182789,   Columbus, OH 43218-2789
517293134      +Comenitybk/victoriasec,   Po Box 182789,   Columbus, OH 43218-2789
517293135      +Comenitycap/chldplce,   Po Box 182120,   Columbus, OH 43218-2120
517390728      +Department Stores National Bank,   Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517293137       Foot and Ankle Center of NJ,   LLC,   5 Route 94, Suite 3B,   Viking Village,
                 Vernon, NJ 07462-3553
517293138      +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
517293139      +Hyundai Capital Americ,   4000 Macarthur Blvd Ste,   Newport Beach, CA 92660-2558
517293142     ++LENDINGPOINT LLC,   1201 ROBERTS BLVD,   STE 200,   KENNESAW GA 30144-3612
                (address filed with court: Lendingpoint Llc,   1701 Barrett Lake Blvd,   Kennesaw, GA 30144)
517293141       LabCorp,   PO Box 2240,   Burlington, NC 27216-2240
517331029      +LendingPoint LLC,   1201 Roberts Blvd., Ste 200,   Kennesaw GA 30144-3612
517293143      +NationStar/Mr. Cooper,   8950 Cypress Waters Blvd.,   Dallas, TX 75019-4620
517378103      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
517293145      +PNC Bank,   2730 Liberty Ave.,   Pittsburgh, PA 15222-4747
517293144      +PayPal Credit,   PO Box 5138,   Timonium, MD 21094-5138
517293146       Radiologic Associates of NNJ, PA,   PO Box 10728,   Lancaster, PA 17605-0728
517293151       Synergy Orthopedics, LLC,   920 Germantown Pike, Suite 210,   Plymouth Meeting, PA 19462-7401
517293152      +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 23:35:07     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 23:35:05     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:32:34
                 Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517293136      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2018 23:32:46     Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
517312103      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 03 2018 23:35:44
                 Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
517293140      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 03 2018 23:34:32     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517422723       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2018 23:33:21
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Recievables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517386461      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 03 2018 23:35:04     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517391250       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2018 23:33:13
                 Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517415634      +E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2018 23:35:00
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC 98083-0788
517416922       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2018 23:34:59
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517416948       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2018 23:34:59
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
517415633       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2018 23:35:00
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517403491       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2018 23:35:00
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517293147      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:33:06     Syncb/amazon,   Po Box 965015,
                 Orlando, FL 32896-5015
517293148      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:33:06     Syncb/old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
517293149      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:32:34     Syncb/qvc,   Po Box 965005,
                 Orlando, FL 32896-5005
517293150      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:32:34     Syncb/walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
```

```
District/off: 0312-2          User: admin              Page 2 of 2                    Date Rcvd: Apr 03, 2018
                              Form ID: 137             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517297581      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:32:34      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517424652      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:32:34      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
          Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net
          Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net
          Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```