Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11421−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bryan Steven Venezia                           Suzanne Michelle Venezia
   18 Mountain View Court                         18 Mountain View Court
   Hamburg, NJ 07419                              Hamburg, NJ 07419

Social Security No.:
   xxx−xx−7744                                    xxx−xx−1007

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
## OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 6, 2018
JAN: admi

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Bryan Steven Venezia
Suzanne Michelle Venezia
     Debtors

Case No. 18-11421-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 06, 2018
Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db/jdb    +Bryan Steven Venezia,    Suzanne Michelle Venezia,    18 Mountain View Court,
     Hamburg, NJ 07419-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg    E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2018 22:45:34    U.S. Attorney,    970 Broad St.,
     Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2018 22:45:31    United States Trustee,
     Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
     Newark, NJ 07102-5235
                                                                                                                     TOTAL: 2

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
     Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net
     Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net
     Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
      dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
     Marie-Ann Greenberg    magecf@magtrustee.com
     Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
      rsolarz@kmllawgroup.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                            TOTAL: 6