UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910

Order Filed on May 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bryan S. and Suzanne M. Venezia

Case No.  18-11421

Chapter:    13

Hearing Date:   May 3, 2018

Judge:   VFP

## ORDER FOR ALLOWANCE TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 10, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:  Bryan S. and Suzanne M. Venezia
Case No. 18-11421/VFP
Caption of Order: Order for Allowance to Attorney For Debtor(s)

Dean G. Sutton, Esquire, attorney for the Debtor(s) having made this Allowance to Attorney for the Debtor(s) and having shown just cause;

It is ORDERED, that Dean G. Sutton, Esquire, attorney for the Debtor(s) be allowed a fee which has been capped by the parties in the amount of $6,040.00, and Reimbursement of Expenses in the amount of $146.64.  Against this amount shall be credited the sum of $1,400.00 already received.  Any sums hereto uncollected to be paid in accordance with 11 U.S.C. 1326 and 11 U.S.C. 503(b), and it is further

ORDERED, that the above allowed fee be paid to Dean G. Sutton, Esquire through the chapter 13 plan as an administrative priority; and it is further

~~ORDERED, that the debtors' monthly plan payment is increased to $ per month beginning  to allow for payment of the aforesaid fee~~.