UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910

In Re:

Bryan S. and Suzanne M. Venezia

Order Filed on May 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  18-11421

Chapter:   13

Hearing Date:  May 3, 2018

Judge:  VFP

# ORDER FOR ALLOWANCE TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 10, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:  Bryan S. and Suzanne M. Venezia
Case No. 18-11421/VFP
Caption of Order: Order for Allowance to Attorney For Debtor(s)

Dean G. Sutton, Esquire, attorney for the Debtor(s) having made this Allowance to Attorney for the Debtor(s) and having shown just cause;

It is ORDERED, that Dean G. Sutton, Esquire, attorney for the Debtor(s) be allowed a fee which has been capped by the parties in the amount of $6,040.00, and Reimbursement of Expenses in the amount of $146.64.  Against this amount shall be credited the sum of $1,400.00 already received.  Any sums hereto uncollected to be paid in accordance with 11 U.S.C. 1326 and 11 U.S.C. 503(b), and it is further

ORDERED, that the above allowed fee be paid to Dean G. Sutton, Esquire through the chapter 13 plan as an administrative priority; and it is further

~~ORDERED, that the debtors' monthly plan payment is increased to $ per month beginning   to allow for payment of the aforesaid fee~~.

United States Bankruptcy Court
District of New Jersey

In re:
Bryan Steven Venezia
Suzanne Michelle Venezia
    Debtors

Case No. 18-11421-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 11, 2018
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
db/jdb    +Bryan Steven Venezia,   Suzanne Michelle Venezia,   18 Mountain View Court,    Hamburg, NJ 07419-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
      Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net
      Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net
      Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER     rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 6