**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46555
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for ACAR Leasing LTD, dba GM Financial Leasing

**Order Filed on July 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BRYAN STEVEN VENEZIA
SUZANNE MICHELLE VENEZIA

Case No.: 18-11421

Adv. No.:

Hearing Date: 9-21-18

Judge: VFP

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 25, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Bryan and Suzanne Venezia**
**18-11421(VFP)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for ACAR Leasing LTD, dba GM Financial Leasing, with the appearance of Dean Sutton, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That ACAR Leasing LTD the owner and lessor of a 2015 GMC Terrain bearing vehicle identification number 2GKFLWEK7F6355993 (hereinafter the "vehicle"), which vehicle is leased by the debtor.

2. After curing arrears, the debtors shall make all lease payments to ACAR Leasing LTD, dba GM Financial Leasing when due, being the 11th day of each month. In the event the debtors fails to make any payment for a period of 30 days after it falls due, ACAR Leasing LTD, dba GM Financial Leasing shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, ACAR Leasing LTD, dba GM Financial Leasing shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtor shall pay to ACAR Leasing LTD, dba GM Financial Leasing through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, ACAR Leasing LTD, dba GM Financial Leasing <u>shall receive immediate stay relief without any application to the Court or notice to the debtor or his attorney and shall be permitted to immediately repossess and sell the vehicle.</u>

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-11421-VFP
Bryan Steven Venezia                                                                    Chapter 13
Suzanne Michelle Venezia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jul 25, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
db/jdb         +Bryan Steven Venezia,    Suzanne Michelle Venezia,    18 Mountain View Court,
                Hamburg, NJ 07419-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
              Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net
              Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7