Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−11421−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Bryan Steven Venezia                    Suzanne Michelle Venezia
    18 Mountain View Court                  18 Mountain View Court
    Hamburg, NJ 07419                       Hamburg, NJ 07419

Social Security No.:
    xxx−xx−7744                             xxx−xx−1007

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 01/24/2018 and a confirmation hearing on such Plan has been scheduled for 4/5/2018.

The debtor filed a Modified Plan on 08/10/2018 and a confirmation hearing on the Modified Plan is scheduled for 9/20/2018 at 10:00 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day
      for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secured claim, such holder's acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing.
      Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear
      arguments in support of the original plan on the scheduled Confirmation date, consider the
      reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss
      or convert the case, or take any other action on the original plan deemed appropriate.

      A full copy of the modified Plan will follow this notice.

Dated: August 13, 2018
JAN: dmc

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11421-VFP
Bryan Steven Venezia                                                      Chapter 13
Suzanne Michelle Venezia
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 2              Date Rcvd: Aug 13, 2018
                           Form ID: 186           Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
```
db/jdb       +Bryan Steven Venezia,    Suzanne Michelle Venezia,    18 Mountain View Court,
              Hamburg, NJ 07419-2414
cr           +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,   Arlington, TX 76014-4101
517520333    +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,   Arlington TX 76096-3853
517293126    +Amex Dsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
517293127    +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
517344899     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517293130    +Children's Specialized Hospital,    PO Box 48066,    Newark, NJ 07101-4866
517390728    +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
              Sioux Falls, SD 57104-0493
517293137     Foot and Ankle Center of NJ,   LLC,    5 Route 94, Suite 3B,   Viking Village,
              Vernon, NJ 07462-3553
517293138    +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
517293139    +Hyundai Capital Americ,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
517293142   ++LENDINGPOINT LLC,    1201 ROBERTS BLVD,    STE 200,    KENNESAW GA 30144-3612
             (address filed with court: Lendingpoint llc,    1701 Barrett Lake Blvd,    Kennesaw, GA 30144)
517293141     LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
517331029    +LendingPoint LLC,    1201 Roberts Blvd., Ste 200,    Kennesaw GA 30144-3612
517293143    +NationStar/Mr. Cooper,    8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
517378103    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517293145    +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
517663779    +PNC Bank, National Association,    Bankruptcy Department,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
517293144    +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
517293146     Radiologic Associates of NNJ, PA,    PO Box 10728,    Lancaster, PA 17605-0728
517293151     Synergy Orthopedics, LLC,    920 Germantown Pike, Suite 210,    Plymouth Meeting, PA 19462-7401
517293152    +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45    U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:42    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:45
              Synchrony Bank, c/o PRA Receivables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517293128     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:45:05    Capital One,
              15000 Capital One Dr,   Richmond, VA 23238
517293129    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:44:12    Capital One,
              Po Box 26625,   Richmond, VA 23261-6625
517293131    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:26    Comenity Bank/mandee,
              Po Box 182789,   Columbus, OH 43218-2789
517293132    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:26    Comenity Bank/nwyrk&co,
              PO Box 182125,   Columbus OH 43218-2125
517293133    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:26    Comenitybank/venus,
              Po Box 182789,   Columbus, OH 43218-2789
517293134    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:27    Comenitybk/victoriasec,
              Po Box 182789,   Columbus, OH 43218-2789
517293135    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:27    Comenitycap/chldplce,
              Po Box 182120,   Columbus, OH 43218-2120
517293136    +E-mail/PDF: creditonebknotifications@resurgent.com Aug 13 2018 23:44:18    Credit One Bank Na,
              Po Box 98875,   Las Vegas, NV 89193-8875
517312103    +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 13 2018 23:47:28
              Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
517293140    +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 13 2018 23:45:54    Kohls/capone,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517422723     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2018 23:44:46
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
              FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517386461    +E-mail/Text: bankruptcy@mcmcg.com Aug 13 2018 23:46:41    Midland Funding LLC,
              PO Box 2011,   Warren, MI 48090-2011
517391250     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2018 23:45:09
              Portfolio Recovery Associates, LLC,   c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517415634    +E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:36
              Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
              Quantum3 Group LLC as agent for,    Sadino Funding LLC 98083-0788
517416922     E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:36
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517416948     E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:36
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
              Kirkland, WA  98083-0788
517415633    +E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:36
              Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-2          User: admin            Page 2 of 2            Date Rcvd: Aug 13, 2018
                              Form ID: 186            Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517403491          E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:36
                   Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517293147         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:42       Syncb/amazon,  Po Box 965015,
                   Orlando, FL 32896-5015
517293148         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:42       Syncb/old Navy,  Po Box 965005,
                   Orlando, FL 32896-5005
517293149         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:15       Syncb/qvc,  Po Box 965005,
                   Orlando, FL 32896-5005
517293150         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:45:09       Syncb/walmart,  Po Box 965024,
                   Orlando, FL 32896-5024
517297581         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:42       Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517424652         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:15       Synchrony Bank,
                   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517436205         +E-mail/Text: bncmail@w-legal.com Aug 13 2018 23:46:53       TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                            TOTAL: 28
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:

```
         Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net
         Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net
         Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         John R. Morton, Jr.   on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
          ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
         Marie-Ann Greenberg  magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
          rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7
```