**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 Valuation of Security | 0 Assumption of Executory Contract or Unexpired Lease | 0 Lien Avoidance |

**Last Revised: December 1, 2017**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Bryan S. & Suzanne M. Venezia            Case No.:    __18-11421____

                                                                        Judge:        ____VFP_____

            Debtor(s)

**Chapter 13 Plan and Motions**

☐ Original            ■ Modified/Notice Required            Date:    __8/09/2018____

☐ Motions Included    ☐ Modified/ No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice.* Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES    ■ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

■ DOES    ☐ DOES NOT LIMIT THE AOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES    ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST.SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___/s/DGS_____    Initial Debtor: /s/BSV_    Initial Co-Debtor: /s/SMV

**Part 1: Payment and Length of Plan**

a. The debtor shall pay $ 200.00  per month to the Chapter 13 Trustee, starting on February 1, 2018     for   36  months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
  Description:
  Proposed date for completion: _____

☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection**    ■ NONE

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| DEAN G. SUTTON, ESQ | ADMINISTRATIVE ATTORNEY FEE BALANCE | BALANCE DUE: $3,100.00 Unless a different amount is ordered by this court. The amount to be paid will then be governed by Order of this Court. |
| ACAR Leasing LTD, dba GM Financial Leasing | ADMINISTRATIVE PER ORDER DATED 7/25/18 | BALANCE DUE: $531.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ■ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: | | |

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (in Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Nationstar Mortgage, LLC D/B/A Mr. Cooper | 1st Mortgage or Residence | $1,028.42 | N/A | $1,028.42 | $1,802.51 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** NONE ☐

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☐ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| PNC Bank | 2nd Mortgage on residence | $57,301.00 | $235,000.00 | $273,069.00 | $0 | $0 | $0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

**Mr. Cooper/Nationstar - 1st Mortgage on residence**

| g. Secured Claims to be Paid in Full Through the Plan: ☐ NONE | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| | | |

**Part 5: Unsecured Claims** ■ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
☐ Not less than $ _____ to be distributed pro rata
☐ Not less than _____ percent
■ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6: Executory Contracts and Unexpired Leases** ■ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **Hyundai Capital Americ.** | **$0** | **Auto Lease** | **Assumed** | **$155.00** |
| **GM Financial** | **$0** | **Auto Lease** | **Assumed** | **$274.00 until July, 2018. Lease Ended Contractually Vehicle Turned In.** |

6

| Part 7: Motions ■ NONE |
|---|
| NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served. |

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| PNC Bank | 2nd Mortgage on Residence | $57,301.00 | $235,000.00 | $273,069.00 | $0 | Full Amount of Lien/Claim |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**
  ■ Upon confirmation

  ☐ Upon discharge

**b. Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**
The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee commissions
2) DSO Obligations            5) Secured Claims
3) Attorney Fees              6) Priority Claims
4) Lease Arrearages           7) General Unsecured Creditors

**d. Post-Petition Claims**
  The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification** ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __Filed 1/24/18_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Provide for arrears to mortgage and administrative claim to auto lease. | Provide for arrears to mortgage and administrative claim to auto lease. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ■ No

**Part 10:  Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

■ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: _____        /s/Dean G. Sutton_____
                                                                     Dean G. Sutton. Esq.


Date: _____        Bryan S. Venezia_____
                                                                     Bryan S. Venezia,  Debtor


Date: _____        Suzanne M. Venezia_____
                                                                     Suzanne M. Venezia,  Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: _____        /s/Dean G. Sutton_____
                                                                   Dean G. Sutton. Esq.

I certify under penalty of perjury that the above is true.

Date: _____        Bryan S. Venezia_____
                                                                   Bryan S. Venezia,  Debtor

Date: _____        Suzanne M. Venezia_____
                                                                   Suzanne M. Venezia,  Joint Debtor

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 18-11421-VFP
Bryan Steven Venezia                                          Chapter 13
Suzanne Michelle Venezia
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Aug 13, 2018
                              Form ID: pdf901             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db/jdb         +Bryan Steven Venezia,    Suzanne Michelle Venezia,    18 Mountain View Court,
                 Hamburg, NJ 07419-2414
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
517520333      +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,   Arlington TX 76096-3853
517293126      +Amex Dsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
517293127      +Barclays Bank Delaware,    P.o. Box 8803,   Wilmington, DE 19899-8803
517344899       Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
517293130       Children's Specialized Hospital,    PO Box 48066,    Newark, NJ 07101-4866
517390728      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517293137       Foot and Ankle Center of NJ, LLC,    5 Route 94, Suite 3B,    Viking Village,
                 Vernon, NJ 07462-3553
517293138      +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
517293139      +Hyundai Capital Americ,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
517293142     ++LENDINGPOINT LLC,    1201 ROBERTS BLVD,    STE 200,    KENNESAW GA 30144-3612
               (address filed with court: Lendingpoint Llc,    1701 Barrett Lake Blvd,    Kennesaw, GA 30144)
517293141       LabCorp,    PO Box 2240,   Burlington, NC 27216-2240
517331029      +LendingPoint LLC,    1201 Roberts Blvd., Ste 200,    Kennesaw GA 30144-3612
517293143      +NationStar/Mr. Cooper,    8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
517378103      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517293145      +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
517663779      +PNC Bank, National Association,    Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
517293144      +PayPal Credit,    PO Box 5138,   Timonium, MD 21094-5138
517293146       Radiologic Associates of NNJ, PA,    PO Box 10728,    Lancaster, PA 17605-0728
517293151       Synergy Orthopedics, LLC,    920 Germantown Pike, Suite 210,    Plymouth Meeting, PA 19462-7401
517293152      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:09
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517293128       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:44:11     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517293129      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:44:11     Capital One,
                 Po Box 26625,    Richmond, VA 23261-6625
517293131      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:23     Comenity Bank/mandee,
                 Po Box 182789,    Columbus, OH 43218-2789
517293132      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:24     Comenity Bank/nwyrk&co,
                 PO Box 182125,    Columbus OH 43218-2125
517293133      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:24     Comenitybank/venus,
                 Po Box 182789,    Columbus, OH 43218-2789
517293134      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:24     Comenitybk/victoriasec,
                 Po Box 182789,    Columbus, OH 43218-2789
517293135      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:24     Comenitycap/chldplce,
                 Po Box 182120,    Columbus, OH 43218-2120
517293136      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 13 2018 23:44:17     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517312103      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 13 2018 23:47:28
                 Hyundai Lease Titling Trust,    PO Box 20809,   Fountain Valley, CA 92728-0809
517293140      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 13 2018 23:45:53     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517422723       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2018 23:44:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517386461      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2018 23:46:41     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517391250       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2018 23:44:41
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517415634      +E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:34
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC 98083-0788
517416922       E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:34
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517416948       E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:34
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
517415633       E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:34
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Aug 13, 2018
                              Form ID: pdf901          Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517403491          E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2018 23:46:34
                   Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517293147         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:45:00      Syncb/amazon,   Po Box 965015,
                   Orlando, FL 32896-5015
517293148         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:08      Syncb/old Navy,   Po Box 965005,
                   Orlando, FL 32896-5005
517293149         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:45:00      Syncb/qvc,   Po Box 965005,
                   Orlando, FL 32896-5005
517293150         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:45:01      Syncb/walmart,   Po Box 965024,
                   Orlando, FL 32896-5024
517297581         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:17      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517424652         +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:34      Synchrony Bank,
                   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517436205         +E-mail/Text: bncmail@w-legal.com Aug 13 2018 23:46:53      TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:

```
          Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net
          Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net
          Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```