| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 |
| IN RE:<br>   BRYAN STEVEN VENEZIA<br>   SUZANNE MICHELLE VENEZIA |

Order Filed on September 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-11421 VFP

Hearing Date:  9/20/2018

Judge:  VINCENT F. PAPALIA

**Debtor is Entitled To Discharge**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: September 25, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s):   BRYAN STEVEN VENEZIA
             SUZANNE MICHELLE VENEZIA

Case No.:  18-11421 VFP

Caption of Order:      ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with ; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 8/10/2018, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 2/1/2018, the Debtor shall pay the Standing Trustee

    the sum of $200.00 for a period of 7 month(s), and then

    the sum of $238.00 for a period of 29 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, The debtor(s) shall provide the Trustee with copies of their timely filed tax returns by April 15th every year throughout the life of the plan and any refund in excess of $2,000.00 shall be paid into the plan or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Bryan Steven Venezia  
Suzanne Michelle Venezia  
    Debtors

Case No. 18-11421-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 25, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.  
db/jdb      +Bryan Steven Venezia,   Suzanne Michelle Venezia,   18 Mountain View Court,  
          Hamburg, NJ 07419-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:  
        Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net  
        Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net  
        Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing  
         ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
         rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 7