UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910

| | |
|---|---|
| In Re: | Case No.: _____ 18-11421 _____ |
| Bryan S. & Suzanne M. Venezia | Judge: _____ VFP _____ |
| | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.  ☒ Motion for Relief from the Automatic Stay filed by _____ Nationstar Mortgage _____ ,
creditor,

    A hearing has been scheduled for _____ December 6, 2018 _____ , at 10:00 a.m. .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____ , at _____ .

    ☐ Certification of Default filed by _____ ,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____ , but have not
been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

   We made an electronic payment of $1,802.51 to mortgage company scheduled
to be applied on November 2, 2018.

A second electronic payment also in the amount  of $1,802.51 is scheduled to be
applied on November 30, 2018 to become current through October.

☒ Other (**explain your answer**):

We are requesting that the November, 2018 payment be included in our Chapter
13 Plan.

Regular payments will resume in December, 2018.

3.     This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: _1 ͱ - 2 - 1 8_____          _Suzanne Almire_____
                                       Debtor's Signature

Date: _____          _____
                                       Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
       13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
       opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
       Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
       Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
       Default.

*rev.8/1/15*