Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11421−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bryan Steven Venezia                                 Suzanne Michelle Venezia
   18 Mountain View Court                          18 Mountain View Court
   Hamburg, NJ 07419                                   Hamburg, NJ 07419

Social Security No.:
   xxx−xx−7744                                               xxx−xx−1007

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule E/F on E/F or to the List of Creditors on 04/25/2019 , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.    A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

   2.    In a Chapter 11 case:

      a)    a copy of the last modified plan and disclosure statement, if any, and

      b)    a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.    In a Chapter 12 or Chapter 13 case:

      a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)    a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.    until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
   whichever is later;

   2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.  until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: April 25, 2019
JAN: dlr

<u>Vincent F. Papalia</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11421-VFP
Bryan Steven Venezia                                                  Chapter 7
Suzanne Michelle Venezia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Apr 25, 2019
                               Form ID: oresadoc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
db/jdb         +Bryan Steven Venezia,   Suzanne Michelle Venezia,   18 Mountain View Court,
                 Hamburg, NJ 07419-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 00:12:46      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
              Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net
              Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric Raymond Perkins    eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9