UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **BRYAN STEVEN VENEZIA AND SUZANNE MICHELLE VENEZIA,** Debtors.

Case No.: 18-11421 (VFP)
Chapter: 7
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

**Eric R. Perkins**, **Chapter 7 Trustee** in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable **Vincent F. Papalia, USBJ** on **June 25 2019** at **10:00** a.m. at the United States Bankruptcy Court, Courtroom no. **3B**. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
18 Mountain View Court
Hamburg, New Jersey
$235,000.00 as per Appraisal provided by Debtors

Liens on property: Mortgage in the amount of $331,699.84

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Chapter 7 Trustee
Address: 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039
Telephone No.: 973-422-1100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-11421-VFP
Bryan Steven Venezia                                                        Chapter 7
Suzanne Michelle Venezia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 24, 2019
                              Form ID: pdf905          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
```
db/jdb        +Bryan Steven Venezia,   Suzanne Michelle Venezia,   18 Mountain View Court,
                Hamburg, NJ 07419-2414
cr            +ACAR Leasing LTD d/b/a GM Financial Leasing,   4000 Embarcadero Dr.,   Arlington, TX 76014-4101
517520333     +ACAR Leasing LTD d/b/a GM Financial Leasing,   PO Box 183853,   Arlington TX 76096-3853
518203567     +AHS Hospital Corp.,,   dba Morristown Medical Center,   Accurate Collection Services,
                17 Prospect Street,   Morristown, NJ 07960-6862
517293126     +Amex Dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
518203568      Atlantic Health System,   Atlantic Medical Group,   PO Box 419101,   Boton, MA 02241-9101
517293127     +Barclays Bank Delaware,   P.o. Box 8803,   Wilmington, DE 19899-8803
517344899      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517293130      Children's Specialized Hospital,   PO Box 48066,   Newark, NJ 07101-4866
517390728     +Department Stores National Bank,   Citibank, N.A.,   701 East 60th Street North,
                Sioux Falls, SD 57104-0493
517984347      Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA 98083-0657
517293137      Foot and Ankle Center of NJ,   LLC,   5 Route 94, Suite 3B,   Viking Village,
                Vernon, NJ 07462-3553
517293138     +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
517293139     +Hyundai Capital Americ,   4000 Macarthur Blvd Ste,   Newport Beach, CA 92660-2558
517293141      LabCorp,   PO Box 2240,   Burlington, NC 27216-2240
517331029     +LendingPoint LLC,   1201 Roberts Blvd., Ste 200,   Kennesaw GA 30144-3612
517293142     +Lendingpoint Llc,   1201 Roberts Blvd #200,   Kennesaw, GA 30144-3612
517293143     +NationStar/Mr. Cooper,   8950 Cypress Waters Blvd.,   Dallas, TX 75019-4620
517378103     +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
517293145     +PNC Bank,   2730 Liberty Ave.,   Pittsburgh, PA 15222-4747
517663779     +PNC Bank, National Association,   Bankruptcy Department,   3232 Newmark Drive,
                Miamisburg, OH 45342-5421
517293144     +PayPal Credit,   PO Box 5138,   Timonium, MD 21094-5138
517293146      Radiologic Associates of NNJ, PA,   PO Box 10728,   Lancaster, PA 17605-0728
518203566      Specialty Surgical Center,   PO Box 829936,   Dept. 300,   Philadelphia, PA 19182-9936
517293151      Synergy Orthopedics, LLC,   920 Germantown Pike, Suite 210,   Plymouth Meeting, PA 19462-7401
517293152     +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 24 2019 23:19:23     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2019 23:19:20     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 23:27:52
                Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517293128      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2019 23:28:26     Capital One,
                15000 Capital One Dr,   Richmond, VA 23238
517293129      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2019 23:27:55     Capital One,
                Po Box 26625,   Richmond, VA 23261-6625
517293131     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 24 2019 23:19:09     Comenity Bank/mandee,
                Po Box 182789,   Columbus, OH 43218-2789
517293132     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 24 2019 23:19:09     Comenity Bank/nwyrk&co,
                PO Box 182125,   Columbus OH 43218-2125
517293133     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 24 2019 23:19:09     Comenitybank/venus,
                Po Box 182789,   Columbus, OH 43218-2789
517293134     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 24 2019 23:19:09     Comenitybk/victoriasec,
                Po Box 182789,   Columbus, OH 43218-2789
517293135     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 24 2019 23:19:09     Comenitycap/chldplce,
                Po Box 182120,   Columbus, OH 43218-2120
517293136     +E-mail/PDF: creditonebknotifications@resurgent.com May 24 2019 23:27:58     Credit One Bank Na,
                Po Box 98875,   Las Vegas, NV 89193-8875
517312103     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 24 2019 23:20:08
                Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
517293140     +E-mail/Text: bncnotices@becket-lee.com May 24 2019 23:18:37     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517422723      E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 23:28:32
                LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517386461     +E-mail/Text: bankruptcydpt@mcmcg.com May 24 2019 23:19:19     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
517391250      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2019 23:28:11
                Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517415634     +E-mail/Text: bnc-quantum@quantum3group.com May 24 2019 23:19:14
                Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
                Quantum3 Group LLC as agent for,   Sadino Funding LLC 98083-0788
517416922      E-mail/Text: bnc-quantum@quantum3group.com May 24 2019 23:19:13
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: May 24, 2019
                              Form ID: pdf905            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517416948       E-mail/Text: bnc-quantum@quantum3group.com May 24 2019 23:19:13
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
517415633       E-mail/Text: bnc-quantum@quantum3group.com May 24 2019 23:19:14
                  Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517403491       E-mail/Text: bnc-quantum@quantum3group.com May 24 2019 23:19:14
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517293147      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 23:28:25      Syncb/amazon,    Po Box 965015,
                  Orlando, FL 32896-5015
517293148      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 23:28:23      Syncb/old Navy,     Po Box 965005,
                  Orlando, FL 32896-5005
517293149      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 23:28:07      Syncb/qvc,    Po Box 965005,
                  Orlando, FL 32896-5005
517293150      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 23:28:23      Syncb/walmart,    Po Box 965024,
                  Orlando, FL 32896-5024
517297581      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 23:28:08      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517424652      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 23:28:07      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517436205      +E-mail/Text: bncmail@w-legal.com May 24 2019 23:19:32     TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                                TOTAL: 28

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:

```
              Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net
              Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eric Raymond Perkins     eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              John R. Morton, Jr.    on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 10
```