**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bryan Steven Venezia | Social Security number or ITIN  xxx–xx–7744 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Suzanne Michelle Venezia | Social Security number or ITIN  xxx–xx–1007 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  18–11421–VFP

## Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bryan Steven Venezia                    Suzanne Michelle Venezia

7/19/19                    **By the court:**  Vincent F. Papalia
                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-11421-VFP
Bryan Steven Venezia                                                            Chapter 7
Suzanne Michelle Venezia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Jul 19, 2019
                             Form ID: 318             Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
```
db             +Bryan Steven Venezia,    18 Mountain View Court,    Hamburg, NJ 07419-2414
jdb            #+Suzanne Michelle Venezia,    18 Mountain View Court,    Hamburg, NJ 07419-2414
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
517520333      +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,   Arlington TX 76096-3853
518203567      +AHS Hospital Corp.,,    dba Morristown Medical Center,    Accurate Collection Services,
                 17 Prospect Street,   Morristown, NJ 07960-6862
517293126      +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
518203568       Atlantic Health System,    Atlantic Medical Group,    PO Box 419101,   Boton, MA 02241-9101
517293130       Children's Specialized Hospital,    PO Box 48066,    Newark, NJ 07101-4866
517390728      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517984347       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517293137       Foot and Ankle Center of NJ,    LLC,    5 Route 94, Suite 3B,    Viking Village,
                 Vernon, NJ 07462-3553
517293139      +Hyundai Capital Americ,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
517293141       LabCorp,    PO Box 2240,   Burlington, NC 27216-2240
517331029      +LendingPoint LLC,    1201 Roberts Blvd., Ste 200,    Kennesaw GA 30144-3612
517293142      +Lendingpoint Llc,    1201 Roberts Blvd #200,   Kennesaw, GA 30144-3612
517293143      +NationStar/Mr. Cooper,    8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
517378103      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,   Dallas, TX 75261-9096
517293145      +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
517663779      +PNC Bank, National Association,    Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
517293144      +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
517293146       Radiologic Associates of NNJ, PA,    PO Box 10728,    Lancaster, PA 17605-0728
518203566       Specialty Surgical Center,    PO Box 829936,   Dept. 300,    Philadelphia, PA 19182-9936
517293151       Synergy Orthopedics, LLC,    920 Germantown Pike, Suite 210,    Plymouth Meeting, PA 19462-7401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2019 00:30:01     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2019 00:29:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jul 20 2019 03:48:00     Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,   Norfolk, VA 23541-1021
517293127      +EDI: TSYS2.COM Jul 20 2019 03:48:00     Barclays Bank Delaware,    P.o. Box 8803,
                 Wilmington, DE 19899-8803
517293128       EDI: CAPITALONE.COM Jul 20 2019 03:48:00     Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
517293129      +EDI: CAPITALONE.COM Jul 20 2019 03:48:00     Capital One,   Po Box 26625,
                 Richmond, VA 23261-6625
517344899       EDI: BL-BECKET.COM Jul 20 2019 03:48:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517293131      +EDI: WFNNB.COM Jul 20 2019 03:48:00     Comenity Bank/mandee,    Po Box 182789,
                 Columbus, OH 43218-2789
517293132      +EDI: WFNNB.COM Jul 20 2019 03:48:00     Comenity Bank/nwyrk&co,    PO Box 182125,
                 Columbus OH 43218-2125
517293133      +EDI: WFNNB.COM Jul 20 2019 03:48:00     Comenitybank/venus,    Po Box 182789,
                 Columbus, OH 43218-2789
517293134      +EDI: WFNNB.COM Jul 20 2019 03:48:00     Comenitybk/victoriasec,    Po Box 182789,
                 Columbus, OH 43218-2789
517293135      +EDI: WFNNB.COM Jul 20 2019 03:48:00     Comenitycap/chldplce,    Po Box 182120,
                 Columbus, OH 43218-2120
517293136      +EDI: RCSFNBMARIN.COM Jul 20 2019 03:48:00     Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
517293138      +EDI: PHINAMERI.COM Jul 20 2019 03:48:00     Gm Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
517312103      +EDI: HYI1.COM Jul 20 2019 03:48:00     Hyundai Lease Titling Trust,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
517293140      +E-mail/Text: bncnotices@becket-lee.com Jul 20 2019 00:29:01     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517422723       EDI: RESURGENT.COM Jul 20 2019 03:48:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517386461      +EDI: MID8.COM Jul 20 2019 03:48:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517391250       EDI: PRA.COM Jul 20 2019 03:48:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
517415634      +EDI: Q3G.COM Jul 20 2019 03:48:00     Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 Sadino Funding LLC 98083-0788
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 19, 2019
                              Form ID: 318             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517416922      EDI: Q3G.COM Jul 20 2019 03:48:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
517416948      EDI: Q3G.COM Jul 20 2019 03:48:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                PO Box 788,    Kirkland, WA  98083-0788
517415633      EDI: Q3G.COM Jul 20 2019 03:48:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
517403491      EDI: Q3G.COM Jul 20 2019 03:48:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
517293147     +EDI: RMSC.COM Jul 20 2019 03:48:00     Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
517293148     +EDI: RMSC.COM Jul 20 2019 03:48:00     Syncb/old Navy,    Po Box 965005,
                Orlando, FL 32896-5005
517293149     +EDI: RMSC.COM Jul 20 2019 03:48:00     Syncb/qvc,    Po Box 965005,    Orlando, FL 32896-5005
517293150     +EDI: RMSC.COM Jul 20 2019 03:48:00     Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
517297581     +EDI: RMSC.COM Jul 20 2019 03:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517424652     +EDI: RMSC.COM Jul 20 2019 03:48:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
517436205     +E-mail/Text: bncmail@w-legal.com Jul 20 2019 00:30:13      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517293152     +EDI: WTRRNBANK.COM Jul 20 2019 03:48:00      Td Bank Usa/targetcred,    Po Box 673,
                Minneapolis, MN 55440-0673
                                                                                               TOTAL: 32

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              Dean G. Sutton    on behalf of Joint Debtor Suzanne Michelle Venezia dgs123@ptd.net
              Dean G. Sutton    on behalf of Debtor Bryan Steven Venezia dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric Raymond Perkins    eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```