Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18–11421–VFP
        Chapter:  7
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bryan Steven Venezia | Suzanne Michelle Venezia |
| 18 Mountain View Court | 18 Mountain View Court |
| Hamburg, NJ 07419 | Hamburg, NJ 07419 |

Social Security No.:
  xxx–xx–7744                                        xxx–xx–1007

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric Raymond Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 24, 2019</u>            <u>Vincent F. Papalia</u>
                                        Judge, United States Bankruptcy Court